United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALONSO VASQUEZ,
Plaintiff,

v.

GRUMA CORPORATION, et al.,
Defendants.

Case No. 3:26-cv-08447-JSC

**ORDER TO SHOW CAUSE RE: DIVERSITY JURISDICTION**

Plaintiff Alonso Vasquez brings various state tort claims against Defendants Gruma Corporation ("Gruma Corp."), Winco Foods, LLC, and other unknown defendants ("Does 1-10"). (Dkt. No. 1-1.) Plaintiff initially filed the complaint in the Humboldt County Superior Court and Defendant Gruma Corp. removed it based on diversity jurisdiction. (Dkt. No. 1.) In its notice of removal, Defendant Grump Corp. alleges Defendant Winco Foods, LLC is "a corporation incorporated under the laws of the State of Delaware" with "principal place of business in the State of Delaware." (*Id.* at 4.)

A defendant may remove an action from state court to federal court so long as the federal court has original jurisdiction. *See* 28 U.S.C. § 1441(a). Federal courts are courts of "limited jurisdiction" which "possess only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). The federal diversity statute, which provides original jurisdiction in a suit between "citizens of different States," 28 U.S.C. § 1332, requires "complete diversity of citizenship." *Carden v. Arkoma Assocs.*, 494 U.S. 185, 187 (1990).

Defendant Gruma Corp. does not properly allege the citizenship of Defendant Winco Foods, LLC. For purposes of establishing complete diversity, "[i]n cases where entities rather

than individuals are litigants, diversity jurisdiction depends on the form of the entity." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). "[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens." *Id.* Here, Defendant Gruma Corp. does not allege the citizenship of Defendant Winco Foods, LLC's owners or members, and instead alleges information relevant to the citizenship of a corporation. (*See* Dkt. No. 1 ¶ 7.)

Accordingly, the Court orders Defendant Gruma Corp. to show cause, in writing, as to how this Court has diversity subject matter jurisdiction over this action. Defendant Gruma Corp.'s response shall be filed by **Friday, September 18, 2026**.

**IT IS SO ORDERED.**

Dated: September 8, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge