United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALONSO VASQUEZ,
Plaintiff,
v.
GRUMA CORPORATION, et al.,
Defendants.

Case No. 3:26-cv-08447-JSC

**ORDER TO REMAND**

Plaintiff Alonso Vasquez, a citizen of California, brings various state tort claims against Defendants Gruma Corporation ("Gruma Corp."), Winco Foods, LLC, and other unknown defendants ("Does 1-10"). (Dkt. No. 1-1.)[1] Plaintiff initially filed the complaint in the Humboldt County Superior Court and Defendant Gruma Corp. removed it based on diversity jurisdiction. (Dkt. No. 1.) Defendant Gruma Corp. is a citizen of Nevada and, in its notice of removal, Defendant Gruma Corp. alleges Defendant Winco Foods, LLC is "a corporation incorporated under the laws of the State of Delaware" with its "principal place of business in the State of Delaware." (*Id.* at 4.) Because "an LLC is a citizen of every state of which its owners/members are citizens," *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006), and Defendant Gruma Corp. had not identified the citizenship of Defendant Winco Foods, LLC's members, the Court ordered Defendant Gruma Corp. to show cause as to how the Court has diversity subject matter jurisdiction. (Dkt. No. 14.) On September 18, Defendant Gruma Corp. wrote to "inform this Court that WINCO FOODS, LLC is a resident of California because numerous members of it are domiciled in California, thereby precluding diversity jurisdiction in

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the document.

this matter." (Dkt. No. 15 at 1-2.) Since there is not complete diversity of citizenship between the parties and no other basis for this Court's subject matter jurisdiction, the Court must remand the case. 28 U.S.C. § 1447 ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

**CONCLUSION**

Because the Court does not have subject matter jurisdiction over this case, this action is remanded to the Humboldt County Superior Court.

**IT IS SO ORDERED.**

Dated: September 21, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge